GARY A. DAPELO, Bar No. 100540
MARK S. FAULKNER, Bar No. 102679
GOOD, WILDMAN, HEGNESS & WALLEY
5000 Campus Drive
Newport Beach, California 92660
Telephone: (949) 955-1100
Facsimile: (949) 833-0633
Attorneys for Plaintiff PETER G. MARTIN

JS-6

PRIORITY SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER G. MARTIN, | Case No. SACV 99-701 DOC (EEx) |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| REPUBLIC INDUSTRIES, INC., a Corporation, and DOES 1 through 100, inclusive, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff PETER G MARTIN and Defendant AUTONATION, INC (formerly known as Republic Industries, Inc), through their respective counsel of record

IT IS STIPULATED that this matter shall be Dismissed With Prejudice as to all parties and to all causes of action. Each party to bear its own costs

Dated: February 4, 2000

GOOD, WILDMAN, HEGNESS & WALLEY

By: _____
Gary A. Dapelo
Attorneys for Plaintiff PETER G MARTIN

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

ENTERED ON ICMS 13

FEB 16 2000

---
STIPULATION FOR DISMISSAL WITH PREJUDICE, [PROPOSED] ORDER OF DISMISSAL

Dated: February 7, 2000        SNELL & WILMER

By: _____
    Frank Cronin
Attorneys for Defendant AUTONATION, INC. (Formerly known as Republic Industries, Inc.)

## ORDER

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, IT IS ORDERED that the above-entitled matter is dismissed with prejudice

Dated: February 15, 2000

_____
THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2

STIPULATION FOR DISMISSAL WITH PREJUDICE